UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TYRONE HALL,

                        Plaintiff,

                                                     9:12-CV-832

    -v-

DONALD UHLER, Deputy Superintendent of Security;
GEORGE WATERSON, Registered Nurse; JOHN
DOE #1, Correctional Officer; and JOHN DOE #2,
Correctional Officer,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

TYRONE HALL, pro se
09-B-0102
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

HON. ERIC T. SCHNEIDERMAN           ROGER W. KINSEY, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On November 27, 2012, the

Honorable Andrew T. Baxter, United States Magistrate Judge, advised, by Report-

Recommendation, that defendants' motion to dismiss be granted in part and denied in part.

No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion to dismiss is GRANTED in part and DENIED in part;

2. All official capacity claims, including claims for injunctive relief are DISMISSED as against all defendants; and

3. All other claims remain.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  December 21, 2012
        Utica, New York.